UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON LEONARD REEDER <br><br> Defendant. | Case No. 15-1120M <br><br> ORDER OF TEMPORARY DETENTION |

On arrest warrant issued by the United States District Court for the District of New Mexico involving alleged violations of conditions of pre-trial release:

Defendant requested that his detention hearing take place in the charging district, and not in this district.

Defendant has waived identity and the Court has found that process has been duly received.

Therefore, IT IS ORDERED that defendant by temporarily detained pending a detention hearing in the charging district.

DATED: June 24, 2015

FREDERICK F. MUMM
United States Magistrate Judge